# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SABRINA SIMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-625 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion [ECF No. 32], it is hereby

**ORDERED** that defendant's motion for summary judgment [ECF No. 23] is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that defendant's motion for summary judgment is **GRANTED** as to plaintiff's discrimination claim; it is further

**ORDERED** that defendant's motion for summary judgment is **DENIED** as to plaintiff's retaliation and hostile work environment claims.

It is further **ORDERED** that plaintiff's motion for partial summary judgment [ECF No. 22] is **DENIED**.

It is further **ORDERED** that a status conference is set for February 28, 2014, at 9:30 a.m. in Courtroom 23A.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: February 6, 2014